# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN D. SUTTON,

    Petitioner,

v.

COMMONWEALTH, et al.,

    Respondents.

Civ. No. 17-109 (BJR)

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and no objections having been filed, **HEREBY ORDERS:**

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The petition for habeas corpus is **DENIED**.

(3) A certificate of appealability is **DENIED.**

(3) The case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**SO ORDERED.**

Dated this 7th day of August, 2017.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

1